PD-1044-15

August 7, 2015
RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 12 2015
Abel Acosta, Clerk

CLERK
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Swims Jr. V. State of Texas 05-13-01411-CR

Dear Clerk:
This is to let you know that I will file A
PDR as soon as we are off unit lock down.
We have been on lock down since ~~August~~ July 27,
2015. This PDR will be an appeal of the
fifth court of Appeals at Dallas Decision
which was handed down July 13, 2015. I need
an extension of 30 days.
Done on this 7th day of August 2015.

Sincerely
Tracy Swims Jr.
PRO SE Appellant

FILED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

CC: